# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Yvonne I. Yollin <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-10684 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY, as Servicer for U.S. BANK NATIONAL ASSOCIATION, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982), and index same on the master mailing list.

Re: Loan # Ending In: 1899

                                                         Respectfully submitted,

                                                         **/s/Joshua I. Goldman, Esquire**
                                                         Joshua I. Goldman, Esquire
                                                         Thomas Puleo, Esquire
                                                         KML Law Group, P.C.
                                                         701 Market Street, Suite 5000
                                                         Philadelphia, PA 19106-1532
                                                         (215) 825-6306  FAX (215) 825-6406