## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:        Yvonne I. Yollin            :
                    Debtor(s)    :    Case No.    16-10684-jkf
                                :    Chapter    13

\* \* \* \* \* \* \*

### *NOTICE OF OBJECTION TO CLAIM AND HEARING DATE*

**To: U.S. Bank National Association, Trustee for the PHFA (Claim No. 3-1)**

The debtor, Yvonne I. Yollin, has filed an objection to the proof of claim you filed in this bankruptcy case.

**<u>Your claim may be reduced, modified, or eliminated</u>.  You should read these papers carefully and discuss them with your attorney, if you have one**.

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the **Honorable Jean K. FitzSimon** on **September 15, 2016**, at **9:30 a.m.**, in **Courtroom No. 3, United States Bankruptcy Court**, **900 Market Street, Philadelphia, PA 19107**.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date:  August 8, 2016                    Attorney for Objector(s)

                            Devon E. Sanders, Esquire
                            Community Legal Services, Inc.
                            North Philadelphia Law Center
                            1410 W. Erie Avenue
                            Philadelphia, PA 19140
                            Tel.: (215) 227-2419
                            Fax: (215) 227-2435