# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Yvonne I. Yollin  :
  Debtor(s) : Case No.  16-10684-jkf
   : Chapter  13

## CERTIFICATION OF SERVICE

I, Devon E. Sanders, counsel for Debtor(s) herein, certify that I served a copy of Debtor's Objection to Proof of Claim of U.S. Bank National Association, Trustee for the PHFA (Claim 3-1), with the Electronic Filing System, and have received a "Notice of Electronic Filing" confirming that the following parties have received service or notice of the objection by reason of their registration in compliance with paragraph 2(c) and (d) of ECF Standing Order 03-3005 and as amended by ECF Standing Order 04-3009 on the date set forth below:

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

William C. Miller, Esq.
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA  19107

Joshua Goodman, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Date:  August 8, 2016        Signed:  /s/ Devon E. Sanders
        Attorney for the Debtor(s)

        Devon E. Sanders, Esquire
        Community Legal Services, Inc.
        North Philadelphia Law Center
        1410 W. Erie Avenue
        Philadelphia, PA 19140
        Tel.: (215) 227-2419
        Fax: (215) 227-2435