**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Yvonne I. Yollin,
               Debtor

Chapter 13

Bankruptcy No. 16-10684-jkf

## ATTORNEY ENTRY OF APPEARANCE

To the Clerk of the U.S. Bankruptcy Court:

Kindly enter my appearance in this matter on behalf of the Debtor Yvonne I. Yollin.

Date:  December 23, 2016     Signed:  /s/ Peter D. Schneider
                                                              Attorney for Debtor
                                                              Community Legal Services, Inc.
                                                              1424 Chestnut Street
                                                              Philadelphia, PA 19102
                                                              Tel.: 215-981-3718
                                                              Fax: 215-981-0436