United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-10684-jkf
Yvonne I. Yollin                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Jan 19, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.
db             +Yvonne I. Yollin,    1916 E. Pacific Street,    Philadelphia, PA 19134-1518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2017 at the address(es) listed below:
              DEVON E. SANDERS    on behalf of Debtor Yvonne I. Yollin dsanders@clsphila.org
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSIE B H PICKENS    on behalf of Plaintiff Yvonne I. Yollin jpickens@clsphila.org,
               jhyman@clsphila.org
              LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               lhaller@pkh.com,    dmaurer@pkh.com
              PETER D SCHNEIDER    on behalf of Debtor Yvonne I. Yollin pschneider@clsphila.org
              THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>    Yvonne Yollin,<br>                  Debtor | Chapter 13<br><br>Bankruptcy No. 16-10684-jkf |

**ORDER ON DEBTOR'S UNCONTESTED APPLICATION**
**FOR EXTENSION OF TIME FOR BRIEFING ON DEBTOR'S OBJECTION TO**
**PROOF OF CLAIM OF U.S. BANK, N.A., AS TRUSTEE FOR PHFA (CLAIM NO. 3)**

AND NOW, this   18th   day of January, 2017, on Debtor's Uncontested Application for Extension of Time for Briefing, and there being no opposition by Creditor, it is hereby ORDERED that the Application is GRANTED. Debtor's brief is now due on January 27, 2017. Creditor's brief is now due on February 3, 2017.

It is further ordered that the February 8, 2017 hearing on the objection to Claim #3 may be continued in the event that the Court finds it needs more time to review the submitted briefs.

BY THE COURT,

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE