# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>YVONNE I. YOLLIN,<br>                          Debtor | Chapter 13<br><br>Case No. 16-10684-JKF |

## ORDER

AND NOW, upon consideration of Debtor's Objection (the "Objection") to the Proof of Claim ("Claim") filed by U.S. Bank National Association, Trustee for the Pennsylvania Housing Finance Agency (the "U.S. Bank"), the Response thereto, and after hearing,

It is hereby ORDERED that the Debtor's Objection is sustained in part and overruled in part.  Foreclosure fees and costs, late charges and property inspections are allowed in the amount of $1,960.54.

U.S. Bank is allowed a secured claim for pre-petition arrears in the amount of $6,520.54, consisting of the following:

| | |
|---|---:|
| Principal and interest due | $4,073.60 |
| Prepetition fees, costs, late charges and inspections | 1,960.54 |
| Escrow deficiency | 1,009.40 |
| Escrow shortage | 581.00 |
| Less: funds on hand | ( 1,104.00) |
| Total | $6,520.54 |

_____
Jean K. FitzSimon
United States Bankruptcy Judge

1