United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Yvonne I. Yollin
    Debtor

Case No. 16-10684-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Feb 11, 2017
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2017.
db            +Yvonne I. Yollin,   1916 E. Pacific Street,   Philadelphia, PA 19134-1518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2017 at the address(es) listed below:
       DEVON E. SANDERS    on behalf of Debtor Yvonne I. Yollin dsanders@clsphila.org
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
        Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
        bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
       JOSIE B H PICKENS    on behalf of Plaintiff Yvonne I. Yollin jpickens@clsphila.org,
        jhyman@clsphila.org
       LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
        Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
        lhaller@pkh.com,   dmaurer@pkh.com
       PETER D SCHNEIDER    on behalf of Debtor Yvonne I. Yollin pschneider@clsphila.org
       THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
        Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
        tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>YVONNE I. YOLLIN,<br>　　　　　　　　　　Debtor | Chapter 13<br><br>Case No. 16-10684-JKF |

### ORDER

AND NOW, upon consideration of Debtor's Objection (the "Objection") to the Proof of Claim ("Claim") filed by U.S. Bank National Association, Trustee for the Pennsylvania Housing Finance Agency (the "U.S. Bank"), the Response thereto, and after hearing,

It is hereby ORDERED that the Debtor's Objection is sustained in part and overruled in part. Foreclosure fees and costs, late charges and property inspections are allowed in the amount of $1,960.54.

U.S. Bank is allowed a secured claim for pre-petition arrears in the amount of $6,520.54, consisting of the following:

| | |
|---|---:|
| Principal and interest due | $4,073.60 |
| Prepetition fees, costs, late charges and inspections | 1,960.54 |
| Escrow deficiency | 1,009.40 |
| Escrow shortage | 581.00 |
| Less: funds on hand | ( 1,104.00) |
| | |
| Total | $6,520.54 |

**Date: February 10, 2017**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Jean K. FitzSimon
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

1