# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-10684-JKF

YVONNE I. YOLLIN

1916 E. Pacific Street

Philadelphia, PA 19134

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

YVONNE I. YOLLIN

1916 E. Pacific Street

Philadelphia, PA 19134

Counsel for debtor(s), by electronic notice only.

DEVON E SANDERS
1410 W ERIE AV

PHILADELPHIA, PA 19140-

Date: 3/20/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee