## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:         YVONNE I. YOLLIN,            :     Chapter  13
                                            :
               Debtor                       :     Bky. No.  16-10684 ELF

# O R D E R

AND NOW, the above chapter 13 bankruptcy case having been filed on **February 1, 2016**;

AND, no chapter 13 plan having been confirmed;

AND, on **September 29, 2017**, this case having been reassigned to the undersigned judge;

It is hereby **ORDERED** that:

1. The hearings on confirmation and the Trustee's Motion to Dismiss Case presently **SCHEDULED** on **October 5, 2017** are **RESCHEDULED** to **October 17, 2017**, at 1:00 p.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, **Philadelphia, PA**.

2. The Debtor's counsel **SHALL APPEAR** and shall be prepared to

   a. summarize the issues in the case that have delayed confirmation of the Debtor's chapter 13 plan;

   b. identify and describe all motions, objections and complaints, if any, that still must be filed and resolved to render the plan confirmable; and

   c. propose deadlines for doing so.

Date: **October 2, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**