# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:   Yvonne I. Yollin,
                          Debtor

Chapter 13

Bankruptcy No. 16-10684-jkf

## CERTIFICATION OF SERVICE

I, Peter D. Schneider, Counsel for Debtor herein, certify that a copy of Debtor's Third Amended Chapter 13 Plan has been or will be served on the following parties or persons in interest, including all secured and priority creditors, as set forth below.

1. UPON FILING, THROUGH OPERATION OF THE COURT'S ELECTRONIC FILING SYSTEM:

JOSHUA ISAAC GOLDMAN
and
LEON P. HALLER on behalf of Creditor U.S. Bank National Association, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)

UNITED STATES TRUSTEE

THOMAS I. PULEO on behalf of Creditor U.S. Bank National Association, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)

WILLIAM C. MILLER
ecfemails@ph13trustee.com

2. On October 17, 2017, BY FIRST CLASS MAIL, POSTAGE PREPAID:

CITY OF PHILADELPHIA
c/o Law Department
1401 JFK Blvd, 5th Floor
Philadelphia, PA   19102

Date: October 16, 2017

/s/ Peter D. Schneider
PETER D. SCHNEIDER
Attorney for the Debtor
COMMUNITY LEGAL SERVICES, INC.
1424 Chestnut Street
Philadelphia, PA   19102
Tele:   215-981-3718