United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-10684-elf
Yvonne I. Yollin                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW           Page 1 of 1              Date Rcvd: Oct 20, 2017
                             Form ID: 155             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.
db         +Yvonne I. Yollin,    1916 E. Pacific Street,    Philadelphia, PA 19134-1518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2017 at the address(es) listed below:
              DEVON E. SANDERS    on behalf of Debtor Yvonne I. Yollin dsanders@clsphila.org
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSIE B H PICKENS    on behalf of Plaintiff Yvonne I. Yollin jpickens@clsphila.org,
               jhyman@clsphila.org
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              PETER D SCHNEIDER    on behalf of Debtor Yvonne I. Yollin pschneider@clsphila.org
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Yvonne I. Yollin
      Debtor(s)

Chapter: 13

Bankruptcy No: 16−10684−elf

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this October 17, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                 Eric L. Frank
                                 Chief Judge ,
                                 United States Bankruptcy Court