Certificate Number: 01401-PAE-DE-034754917

Bankruptcy Case Number: 16-10684



01401-PAE-DE-034754917

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 9, 2020</u>, at <u>4:03</u> o'clock <u>PM EDT</u>, <u>Yvonne I Yollin</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 9, 2020</u>          By:   <u>/s/Jeremy  Lark</u>

                                   Name:   <u>Jeremy  Lark</u>

                                   Title:   <u>FCC Manager</u>