United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Yvonne I. Yollin  
    Debtor

Case No. 16-10684-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 30, 2021      Form ID: 138NEW      Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvonne I. Yollin, 1916 E. Pacific Street, Philadelphia, PA 19134-1518 |
| 13668812 | + | AR Resources, Inc., 1777 Sentry Parkway West, Blue Bell, PA 19422-2206 |
| 13668815 | + | KML Law Group, P.C., Suite 5000, BNY Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 13668816 | + | Michael E. Stosic, Esquire, 236 Market Street, Suite 3, Philadelphia, PA 19106-2836 |
| 13668817 | + | Philadelphia Gas Works, Attn: Bankruptcy Unit, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2898 |
| 13668818 | + | Receivables Management Group, 14675 Martin Drive, Eden Prairie, MN 55344-2004 |
| 13668819 | | Tri-State Adjustments, Inc., 3439 East Avenue S, La Crosse, WI 54601-7241 |
| 13766104 | + | U.S. BANK NATIONAL ASSOCIATION, (Trustee for the P, PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 13668820 | + | U.S. Bank, N.A., as Trustee, for Pennsylvania Housing Finance Agency, 211 North Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 30 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13668813 | | Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | City of Philadelphia, Law Department - Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19105-1595 |
| 13668814 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 30 2021 23:23:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd., Saint Cloud, MN 56303 |
| 13703725 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 30 2021 23:22:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13767724 | + | Email/Text: blegal@phfa.org | Jul 30 2021 23:23:00 | U.S. Bank, National Association, as Trustee, c/o PHFA, 211 Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2021            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DEVON E. SANDERS | on behalf of Debtor Yvonne I. Yollin dsanders@clsphila.org |
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. Bank National Association  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| JOSIE B H PICKENS | on behalf of Plaintiff Yvonne I. Yollin jpickens@clsphila.org  jhyman@clsphila.org |
| LEON P. HALLER | on behalf of Creditor U.S. Bank National Association  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com |
| PETER D SCHNEIDER | on behalf of Debtor Yvonne I. Yollin pschneider@clsphila.org |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor U.S. Bank National Association  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Yvonne I. Yollin
       Debtor(s)                                Bankruptcy No: 16−10684−elf
                                                         Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                        For The Court
                                                                    Timothy B. McGrath
                                                                      Clerk of Court

Dated: 7/30/21

                                                                                                        90 − 89
                                                                                 Form 138_new